1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM FRIEDENBERG, Bar No. 205778
   MORGAN K. LOPEZ, Bar No. 215513
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975
   Email: cglynn@glynnfinley.com
6  Email: mlopez@glynnfinley.com

7  Attorneys for Defendants
   Phillips 66 Pipeline, LLC and
8  ConocoPhillips.

9

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12

13  WILLIAM J. MOUREN FARMING, INC.,  )   Case No.  18-cv-00404-DAD-BAM
    a California corporation, dba W.J.  )
14  MOUREN FARMING,                     )   **STIPULATION AND ORDER**
                                        )   **REGARDING HEARING ON MOTION**
15           Plaintiff,                 )   **TO COMPEL FURTHER PMK**
                                        )   **DEPOSITION AND FURTHER**
16      vs.                             )   **DOCUMENT PRODUCTION**
                                        )
17  PHILLIPS 66 PIPELINE, LLC, a Delaware )  Date:      June 14, 2019
    limited liability company;          )   Time:      9:00 a.m.
18  CONOCOPHILLIPS, a Delaware          )   Courtroom: 8
    corporation; and Does 1 through 100,  )  Judge:     Barbara A. McAuliffe
19                                      )
             Defendants.                )
20                                      )
                                        )
21  _____ )

22

23

24

25

26

27

28

_____
                     STIPULATION AND ORDER

1   WHEREAS Plaintiff noticed the hearing of its Motion to Compel Further PMK

2   Deposition and Further Document Production to occur on June 14, 2019;

3   WHEREAS counsel for defendants Phillips 66 Pipeline LLC and ConocoPhillips

4   (collectively "Defendants") have a pre-existing conflict on the date selected by Plaintiff;

5   WHEREAS the parties have met and conferred regarding a continuance of the hearing

6   and stipulated to continue the hearing to June 28, 2019;

7   WHEREAS the Scheduling Conference Order (Dkt. # 24) establishes a non-expert

8   discovery cutoff of June 21, 2019; and

9   WHEREAS the parties have stipulated to extend to September 20, 2019, the non-expert

10  discovery cut-off for, *inter alia*, discovery that is pending as of June 21, 2019.  (Dkt. # 34-2.)

11  IT is hereby STIPULATED AND AGREED, by and between Defendants and Plaintiff

12  that the hearing on the pending Motion to Compel Further PMK Deposition and Further

13  Document Production be continued to June 28, 2019.

14          Dated: June 5, 2019                    WANGER JONES HELSLEY PC
                                                   TIMOTHY JONES
15                                                 TROY T. EWELL
                                                   MICAELA L. NEAL
16                                                 265 East River Park Circle, Suite 310
                                                   Fresno, CA 93720
17
                                                   By     /s/Micaela L. Neal
18                                                        Attorney for Plaintiff William J.
                                                          Mouren Farming, Inc.
19

20          Dated: June 5, 2019                    GLYNN & FINLEY, LLP
                                                   CLEMENT L. GLYNN
21                                                 ADAM FRIEDENBERG
                                                   MORGAN K. LOPEZ
22                                                 One Walnut Creek Center
                                                   100 Pringle Avenue, Suite 500
23                                                 Walnut Creek, CA  94596

24                                                 By     /s/Morgan K. Lopez
                                                          Attorneys for Defendants
25                                                        Phillips 66 Pipeline, LLC and
                                                          ConocoPhillips.
26

27

28

STIPULATION AND ORDER

## ORDER

Having read and considered the parties' stipulation, and due to the impending June 21, 2019 deadline for close of non-expert discovery as well as the Court's unavailability on the date proposed by the parties, IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion to Compel Further PMK Deposition and Further Document Production (Doc. No. 33) is VACATED. The parties may address rescheduling a hearing on the motion at the Status Conference currently set for June 12, 2019, at 9:00 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. (Doc. No. 37.) The parties are further reminded that the Court's Scheduling Order dated October 5, 2018, requires that motions to compel be filed and heard sufficiently in advance of a discovery cutoff so that the Court may grant effective relief within the allotted discovery time, and failure to do so may result in denial of the motion as untimely. (Doc. No. 24.) The parties are additionally reminded of the availability of the Court's informal discovery dispute resolution procedures to resolve any outstanding discovery disputes.

IT IS SO ORDERED.

Dated: __**June 6, 2019**__             ____/s/ *Barbara A. McAuliffe*____
                                        UNITED STATES MAGISTRATE JUDGE