1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM FRIEDENBERG, Bar No. 205778
   MORGAN K. LOPEZ, Bar No. 215513
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975
   Email: cglynn@glynnfinley.com
6  Email: mlopez@glynnfinley.com

7  Attorneys for Defendants
   Phillips 66 Pipeline, LLC and
8  ConocoPhillips.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. MOUREN FARMING, INC., a California corporation, dba W.J. MOUREN FARMING,

    Plaintiff,

vs.

PHILLIPS 66 PIPELINE, LLC, a Delaware limited liability company; CONOCOPHILLIPS, a Delaware corporation; and Does 1 through 100,

    Defendants.

**Case No. 18-cv-00404-DAD-BAM**

**STIPULATION AND ORDER REGARDING EXPERT DISCLOSURE DEADLINES**

Courtroom: 8
Judge: Barbara A. McAuliffe

---

STIPULATION AND ORDER RE EXPERT DISCLOSURE DEADLINES

WHEREAS the Scheduling Conference Order (Dkt. # 24) requires the parties to make their initial expert disclosures on or before July 1, 2019, and their Supplemental Expert Disclosures on or before August 2, 2019; and

WHEREAS the parties wish to modify these deadlines, without impact to the trial or other pretrial dates set by the Court.

IT is hereby STIPULATED AND AGREED, by and between Defendants and Plaintiff that:

(i) if the report or disclosure of any expert disclosed on or before July 1, 2019 addresses issues relating to the documents produced by Defendants on June 24, 2019, such expert or experts may timely submit a supplemental report or disclosure within 14 days of his/her initial report or disclosure, and;

(ii) the Supplemental Expert Disclosure deadline in the Scheduling Order shall be extended from August 2, 2019 to August 15, 2019.

.

Dated: July 1, 2019
WANGER JONES HELSLEY PC
TIMOTHY JONES
TROY T. EWELL
MICAELA L. NEAL
265 East River Park Circle, Suite 310
Fresno, CA 93720

By   /s/Micaela L. Neal
     Attorney for Plaintiff William J.
     Mouren Farming, Inc.

Dated: July 1, 2019
GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
MORGAN K. LOPEZ
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By   /s/Morgan K. Lopez
     Attorneys for Defendants Phillips 66
     Pipeline, LLC and ConocoPhillips.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Having reviewed the parties' stipulation, the Court DENIES the request to modify the Scheduling Order in this action without prejudice as the parties have failed to establish good cause for the requested modification. Fed. R. Civ. P. 16(b). |

IT IS SO ORDERED.

Dated: __**July 2, 2019**__          /s/ *Barbara A. McAuliffe* _
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RE EXPERT DISCLOSURE DEADLINES